UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                          Case No. 18-17300-AJC
Carlos Alberto Basto                                  Chapter 13

_____Debtor._____/

### SECURED CREDITOR'S OBJECTION
### TO DEBTOR'S PROPOSED CHAPTER 13 PLAN
### [14948 Southwest 38th Terrace, Miami, FL 33185]

COMES NOW, Secured Creditor, Federal National Mortgage Association ("Fannie Mae"), by and through its undersigned attorney, and hereby files its objection to Debtor's proposed Chapter 13 plan and in support, states as follows:

1. Federal National Mortgage Association, serviced by Seterus, Inc., holds a first mortgage on real property owned by the Debtor, located at 14946 Southwest 38th Terrace, Miami, FL 33185.

2. On June 18, 2018, Debtor filed an initial Chapter 13 plan [DE 7], which proposed to make mortgage modification adequate protection payments to Seterus, Inc. in the amount of $1,537.91 per month.

3. Secured Creditor, Fannie Mae, objects to Debtor's proposed Chapter 13 plan due to the fact that Debtor has not filed a motion for Referral to the Mortgage Modification Mediation Program.

WHEREFORE, Secured Creditor, Federal National Mortgage Association ("Fannie Mae") prays that this Honorable Court deny confirmation of Debtor's proposed Chapter 13 plan or for any other relief as this Court deems just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in Compliance with additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail and/or via CM/ECF electronic filing this 26th day of June, 2018, to the following:

Carlos Alberto Basto, 14948 Southwest 38th Terrace, Miami, FL 33185
Patrick L. Cordero, Esq, 7333 Coral Way, Miami, FL 33155
Nancy K. Neidich, POB 279806, Miramar, FL 33027
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/Elizabeth Eckhart
Elizabeth Eckhart
FL Bar # 0048958
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-319-5278
Fax: (813) 880-8800
E-mail: eeckhart@logs.com

09-154415